Form otfrcase

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602−1003

*In Re:*  Shane E Burnett
         *Debtor(s)*

*Case No.:*  11−81098                           *Chapter:*  7

## *ORDER*

**IT IS HEREBY ORDERED** that the above captioned case is transferred to Northern District of Illinois, Rockford Division.

**Entered:** 5/17/11

                                    /S/   Thomas L. Perkins
                                    United States Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.